FILED

08/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0560

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0560

_____

TERRY SULLIVAN,

     Petitioner and Appellant,

  v.                                 O R D E R

STATE OF MONTANA,

     Respondent and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Terry Sullivan, to all counsel of record, and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 11 2021